FILED IN CHAMBERS
U S D C  Atlanta

AUG 1 2 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Cle

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MY VIET LE,<br>    Plaintiff | )<br>)<br>) CIVIL ACTION<br>) FILE NO.<br>)<br>) 1:08-CV-436-RWS-GGB<br>)<br>) |
| vs. | |
| ARS NATIONAL SERVICES, INC.,<br>    Defendant | |

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff My Viet Le and Defendant ARS National Services, Inc., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted against all parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff hereby dismisses *with prejudice* all claims asserted in this matter against all parties. Each party shall bear its own attorneys' fees and costs.

SO STIPULATED August 11, 2008.

LAW OFFICE OF LISA D. WRIGHT, LLC

By:   s/Lisa D. Wright
      Lisa D. Wright
      Georgia Bar No. 268781
      *Attorney for Plaintiff*

1

APPROVED this 12th day of August, 2008.

U.S. District Judge
RICHARD W. STORY

235 Peachtree Street, NE, Suite 888
Atlanta, GA 30303
404-588-1181 (Office)
404-588-1182 (Facsimile)
attorneywright@prodigy.net


MCGUIRE WOODS LLP


By: s/Timothy H. Kratz
 Timothy H. Kratz
 Georgia Bar No. 429927
 George J. Barry, III
 Georgia Bar No. 385300
 Attorneys for Defendant ARS National Services, Inc.

1170 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
tkratz@mcguirewoods.com